# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

LAURA DURAN,

    Plaintiff,

v.                                            **No. 2:25-cv-00180 KG-GBW**

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court upon the Joint Motion to Dismiss with Prejudice for an Order dismissing the Complaint and all causes of action stated therein or which could have been stated therein by Plaintiff against Defendant on the grounds that all matters in controversy by Plaintiff against Defendant have been fully resolved; and the Court having reviewed the pleadings and noting the concurrence of all counsel, and being fully advised in the premises, FINDS:

    1.    That it has jurisdiction over the parties and the subject matter of this suit;

    2.    Said Motion is well taken and should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Complaint and all causes of action stated therein, or which could have been stated therein, filed by Plaintiff, Laura Duran, against Defendant, State Farm Mutual Automobile Insurance Company, be and hereby are dismissed, with prejudice, with each party to bear her/its own attorney's fees and costs.

    **IT IS SO ORDERED.**

                                /s/Kenneth J. Gonzales_____
                                CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**SUBMITTED BY:**

**ALLEN LAW FIRM, LLC**

*/s/ Meena H. Allen*_____
MEENA H. ALLEN
6121 Indian School Road, NE, Suite 230
Albuquerque, New Mexico 87110
(505) 298-9400
mallen@mallen-law.com

*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**APPROVED:**

**SAUCEDO HARRIGAN APODACA GRIESMEYER APODACA PC**

*/s/ Ryan H. Harrigan (approved 12/29/2025)*
RYAN H. HARRIGAN
800 Lomas Blvd. NW, Suite 200
Albuquerque, NM 87102
(505) 338-3945
ryan@shalawnm.com

*Attorneys for Plaintiff*